1

2

3

4

5

6

7

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 1 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )    Case No.: 5:11 - cr- 0083-VAP
                                   )
                Plaintiff,         )    ORDER OF DETENTION PENDING
12                                 )    FURTHER REVOCATION
            v.                     )    PROCEEDINGS
13                                 )    (FED. R. CRIM. P. 32.1(a)(6); 18
    Hatnett                        )    U.S.C. § 3143(a)(1))
14                                 )
                Defendant.         )
15  _____)

16       The defendant having been arrested in this District pursuant to a warrant

17  issued by the United States District Court for the ___Central___ District of

18  ___CA___ for alleged violation(s) of the terms and conditions of probation

19  or supervised release; and

20       Having conducted a detention hearing pursuant to Federal Rule of Criminal

21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22  A.  ( )   The defendant has not met his/her burden of establishing by clear and

23            convincing evidence that he/she is not likely to flee if released under 18

24            U.S.C. § 3142(b) or (c).  This finding is based on the following:

25            ( )   information in the Pretrial Services Report and Recommendation

26            ( )   information in the violation petition and report(s)

27            ( )   the defendant's nonobjection to detention at this time

28            ( )   other: _____

1

1        and/ or

2    B. ( )    The defendant has not met his/her burden of establishing by clear and

3             convincing evidence that he/she is not likely to pose a danger to the

4             safety of any other person or the community if released under 18 U.S.C.

5             § 3142(b) or (c).  This finding is based on the following:

6             ( )    information in the Pretrial Services Report and Recommendation

7             ( )    information in the violation petition and report(s)

8             ( )    the defendant's nonobjection to detention at this time

9             ( )    other: _____

10

11    IT THEREFORE IS ORDERED that the defendant be detained pending the further

12    revocation proceedings.

13

14    Dated:

15                           _____
                                KENLY KIYA KATO
                             United States Magistrate Judge